ETHEL B. JOHNSON, Respondent, v. METHODIST HOSPITAL OF BROOKLYN, Appellant.—

No opinion. Defendant's time to furnish a copy of its physician's report, as directed by the first order, is extended until 10 days after entry of the order hereon. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.